STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Laurie Bridges
102 Roberts Street
Merryville LA 70653

**REHEARING ACTION: January 18, 2012**

**Docket Number: 11   00886-CA**

**RICHARD L. GILL
VERSUS
GABRIELLE A. BENNETT & LAURIE BRIDGES**

**Appealed from Vernon Parish Case No. 80,972, Div. A**

**BEFORE JUDGES:**

**Hon. Marc T. Amy
Hon. Elizabeth A. Pickett
Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Laurie Bridges** has this day been

**DENIED.**

cc: Clay Williams, Counsel for the Appellee
     Gabrielle A. Bennett, In Proper Person